APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JAVIER                          :
                                        :
          V.                            :            Civil Action
                                        :            No:  2:22-cv-03288
HOWARD JOHNSON HOTEL AND                :
SUITES BY WYNDHAM, et al.               :

DISCLOSURE STATEMENT FORM

Please check one box:

☒X          The nongovernmental corporate party,  Howard Johnson By Wyndham
            , in the above listed civil action does not have any parent corporation and
            publicly held corporation that owns 10% or more of its stock.

❑           The nongovernmental corporate party, _____
            , in the above listed civil action has the following parent corporation(s) and
            publicly held corporation(s) that owns 10% or more of its stock:

            _____
            _____
            _____
            _____

08/18/2022                              _____
_____                 Signature
        Date

                        Counsel for:   Defendants _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)     WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
            two copies of a disclosure statement that:
            (1)     identifies any parent corporation and any publicly held corporation
                    owning10% or more of its stock;  or

            (2)     states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
            (1)     file the disclosure statement with its first appearance, pleading,
                    petition, motion, response, or other request addressed to the court;
                    and
            (2)     promptly file a supplemental statement if any required information
                    changes.