APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JAVIER

V.

HOWARD JOHNSON HOTEL AND
SUITES BY WYNDHAM, et al.

Civil Action
No: 5:22-cv-03288

DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, Ekadashi, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

08/18/2022                          [signature]
Date                                Signature

                    Counsel for:    Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

        (2)   states that there is no such corporation.

    (b)   TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)   promptly file a supplemental statement if any required information changes.