APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JAVIER                        :
                                      :
                                      :
        V.                            :                   Civil Action
                                      :                   No: _5:22-cv-03288_____
HOWARD JOHNSON HOTEL AND              :
SUITES BY WYNDHAM, et al.
                DISCLOSURE STATEMENT FORM

Please check one box:

☒X          The nongovernmental corporate party, _K.S.D.A. Hospitality, Inc._____
            , in the above listed civil action does not have any parent corporation and
            publicly held corporation that owns 10% or more of its stock.


❑           The nongovernmental corporate party, _____
            , in the above listed civil action has the following parent corporation(s) and
            publicly held corporation(s) that owns 10% or more of its stock:


_____
_____
_____
_____


08/18/2022                                  _____
_____
        Date                                            Signature

                        Counsel for:   _Defendants_____


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
        (a)     WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file
                two copies of a disclosure statement that:
                (1)     identifies any parent corporation and any publicly held corporation
                        owning10% or more of its stock;  or

                (2)     states that there is no such corporation.

        (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
                (1)     file the disclosure statement with its first appearance, pleading,
                        petition, motion, response, or other request addressed to the court;
                        and
                (2)     promptly file a supplemental statement if any required information
                        changes.